## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

John M. Madison, III
Kracht Madison Huddleston
5149 Bluebonnet Boulevard
Baton Rouge LA 70809

Gerald J. Asay
Kracht Frazier Madison
5149 Bluebonnet Blvd.
Baton Rouge LA 70809

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 13, 2023

**REHEARING ACTION: December 13, 2023**

**Docket Number: 23   00557-CA**

**PATRIOT CONSTRUCTION &
INDUSTRIAL,LLC
VERSUS
BUQUET & LEBLANC, INC.**

**Appealed from Lafayette Parish Case No. C-20233340**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion
Hon. D. Kent Savoie
Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Buquet & LeBlanc, Inc.** and **Hartford Fire Insurance Company**

has this day been

**DENIED.**
Gremillion, J., would grant the rehearing.

cc: Michael R. Dodson, Counsel for the Appellant